1  James D. Pacitti, Esq. (SBN 248696)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Suite 401
   Los Angeles, CA 90025
3  T: (323) 988-2400; F: (866) 385-1408
   jpacitti@consumerlawcenter.com
4  Attorneys for Plaintiff,
   JOHN POTZLER

**UNITED STATES DISTRICT COURT,
CENTRAL DISTRICT OF CALIFORNIA,
SOUTHERN DIVISION**

| | |
|---|---|
| JOHN POTZLER, | Case No.: SACV11-00690-RNB |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| AUDIT SYSTEMS, INC., | |
| Defendant. | |

   NOW COMES the Plaintiff, JOHN POTZLER, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 40 days.

   Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

                                  Respectfully Submitted,

DATED: June 24, 2011              KROHN & MOSS, LTD.


                                  By: /s/ James D. Pacitti            _

                                      James D. Pacitti
                                      Attorney for Plaintiff

- 1 -

Notice of Settlement

**CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. I further certify that on June 24, 2011, I served all counsel of record with a copy of this document by way of the CM/ECF system.

By: /s/ James D. Pacitti

James D. Pacitti, Esq.