Christopher Addy (SBN: 256044)
KROHN & MOSS, LTD.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x271
Fax: 866-385-1408
jpacitti@consumerlawcenter.com
Attorneys for Plaintiff,
JOHN POTZLER

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| JOHN POTZLER, | Case No.: SACV11-690-RNB |
| Plaintiff, | **VOLUNTARY DISMISSAL** |
| v. | |
| AUDIT SYSTEMS, INC., | |
| Defendant. | |

## **VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, JOHN POTZLER, by and through his attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: July 25, 2011                                KROHN & MOSS, LTD.


                                                    By:/s/Christopher Addy

                                                    Christopher Addy
                                                    Attorney for Plaintiff,
                                                    JOHN POTZLER